```
McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, CA   93721
Telephone: (559) 498-7272
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:03-cr-05173 OWW |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| v. | |
| ALFONSO GALVAN-GOMEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Marianne A. Pansa, Assistant U.S. Attorney and Marc Ament, attorney for defendant, Alfonso Galvan-Gomez, that the Status Conference currently scheduled for August 15, 2005 at 1:30 p.m. be continued to August 29, 2005 at 1:30 p.m.

///

///

///

```
Dated: August 9, 2005            Respectfully submitted,


                                 McGREGOR W. SCOTT
                                 United States Attorney



                             By   /s/ Marianne A. Pansa
                                 MARIANNE A. PANSA
                                 Assistant U.S. Attorney


Dated: August 9, 2005             /s/ Marc Ament
                                 MARC AMENT
                                 Attorney for Defendant
                                 ALFONSO GALVAN-GOMEZ
```

**IT IS SO ORDERED.**

```
                                 /S/ OLIVER W. WANGER
                                 _____
Dated: _August 10, 2005          Honorable OLIVER W. WANGER
```